960 So.2d 783 (2007)
HEALTHCARE AND RETIREMENT CORP. OF AMERICA, et al., Appellants,
v.
Carolyn ASPROTH, as Personal, etc., Appellee.
No. 5D06-3428.
District Court of Appeal of Florida, Fifth District.
June 12, 2007.
Rehearing Denied July 25, 2007.
Sylvia H. Walbolt and Matthew J. Conigliaro, of Carlton Fields, P.A., St. Petersburg, for Appellants.
Karen L. Goldsmith, of Goldsmith, Grout & Lewis, P.A., Winter Park, Amicus Curiae for Florida Health Care Association.
Lora A. Dunlap, of Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, P.A., Orlando, and David A. Paul, of David A. Paul & Associates, P.A., Orlando, for Appellee.
*784 PER CURIAM.
AFFIRMED. See Buckeye Check Cashing, Inc. v. Cardegna, 546 U.S. 440, 126 S.Ct. 1204, 163 L.Ed.2d 1038 (2006); SA-PG-Ocala, LLC v. Stokes, 935 So.2d 1242 (Fla. 5th DCA 2006).
GRIFFIN, SAWAYA and TORPY, JJ., concur.